UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 3:97-00053 |
| TAMMI L. NEWTON, | ) JUDGE CAMPBELL |
| Defendant, | ) |
| UNITED NEIGHBORHOOD HEALTH SERVICES, INC. | ) |
| Garnishee. | ) |

**ORDER:**

Motion To Ascertain Status is granted. The Government's Application was granted by the undersigned on March 25, 2013.

John Bryant, USMJ

## MOTION TO ASCERTAIN STATUS OF APPLICATION FOR CONTINUING WRIT OF GARNISHMENT AGAINST PROPERTY OF JUDGMENT DEFENDANT TAMMI L. NEWTON.

The plaintiff, the United States of America, by counsel, Jerry Martin, United States Attorney for the Middle District of Tennessee, and Michael L. Roden, Assistant United States Attorney, respectfully requests to ascertain the status of an Application for Continuing Writ of Garnishment filed in this matter on January 22, 2013 pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §3205.

In support of this motion, the United States states:

1. An Application for Writ of Garnishment was filed by the United States of America in this matter on January 22, 2013.

2. An Order was issued on January 22, 2013, referring the Writ of Garnishment to the Magistrate Judge for a decision.

3. To date, no action by the Court has been taken on this Writ.